Edward J. Maney, Trustee, Bar# 12256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| ROBERT ELWOOD JERRELL, JR. | Case No. 10-37633-PHX-MCW |
| VIRGINIA ANN JERRELL | |
| | TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON |
| _____Debtor (s)_____ | |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

No: 14
Name: Bank of America, N.A.
Address: P.O. Box 26012, NC4-105-02-99

Greensboro, NC 27420-
Acct No: 4699

Upon the following grounds:

The Trustee has been notified by the above referenced Creditor/Debtor that this claim has been paid in full and/or a loan modification has been approved and this claim has been satisfied. No further distribution of funds will be made on behalf of this creditor by the Trustee.

The Trustee recommends said claim be treated as follows:

The entire balance or remaining balance of the claim be disallowed in total.

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before July 3, 2014, (30 days from mailing) the creditor EITHER:

1. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court,
   and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.
2. Timely files an amended proof of claim with the U.S. Bankruptcy Court and properly notices the Trustee.

Dated: See Electronic Signature

_____
Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 10-37633

Copies of the foregoing mailed (see electronic signature below) to the following:

Kelly G. Black, Esq.
1152 E. Greenway St.
Suite #4
Mesa, AZ 85203-4360
Attorney for Debtor

ROBERT ELWOOD JERRELL,JR.
1512 N. ROWEN STREET
MESA, AZ 85207
Debtor

VIRGINIA ANN JERRELL
Co-Debtor

Bank of America, N.A.
P.O. Box 26012, NC4-105-02-99
Greensboro NC 27420-
Creditor

By: _____